THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMALGAMATED PROPERTIES, INC., Respondent, v. GEORGE W. SUTTON, Assessor of the City of New Rochelle; WALTER BRENNAN and Others, Members of the Board of Review of the City of New Rochelle, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.